NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-430

BRETT ALLEN ROMERO

VERSUS

WASTE MANAGEMENT OF LOUISIANA, L.L.C.

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NUMBER 02-3965
HONORABLE D. KENT SAVOIE, JUDGE
\*\*\*\*\*\*\*\*\*\*

J. DAVID PAINTER
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED.

James B. Doyle
930 Lakeshore Dr.
P.O. Box 2142
Lake Charles, LA 70602
Counsel for Plaintiff-Appellant
    Brett Allen Romero

James L. Trinchard
Hoy R. Hughes
858 Camp St.
New Orleans, LA 70130
Counsel for Defendant-Appellee
    Waste Management of Louisiana, L.L.C.